JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EARNEE WINDELL SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>ALEX BONILLA,<br><br>    Respondent. | No. CV 19-4648-PA (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that respondent's Motion to Dismiss is granted and the Petition in this matter is dismissed with prejudice as moot as to petitioner's challenge to the duration of his sentence, and without prejudice to petitioner bringing his challenge to the conditions of his confinement in a civil rights action.

DATED: October 23, 2019

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE